FORM 5(10/06)

FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court<br>Northern District of Illinois | | INVOLUNTARY PETITION |
|---|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>OPTOBIONICS CORPORATION | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>OPTOBIONICS MERGER CORPORATION<br>OPTOBIONICS CORP. | |
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.<br>(If more than one, state all.)<br>FEIN #055844526 - IL CORP FILE #62332913 | | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>850 East Diehl Road<br>Suite 120<br>Naperville, IL 60563-9386 | MAILING ADDRESS OF DEBTOR (If different from street address) | |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Dupage | | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☒ Chapter 7   ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

COURT USE ONLY

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Name of Debtor: OPTOBIONICS CORPORATION

Case No._____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X_____
Signature of Petitioner or Representative (State title)

John S. Pollack, MD                May 3, 2007
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
John S. Pollack, MD
23W341 Foxwood Ct.
Naperville, IL 60540

X /s/ Chad H. Gettleman, Esq.      May 3, 2007
Signature of Attorney              Date

Chad H. Gettleman, Esq.
Name of Attorney Firm (If any)
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard
Suite 1050
Chicago, IL 60604-3107
Address
Telephone No. 312-435-1050

X_____
Signature of Petitioner or Representative (State title)

Medical Inst. Dev. Laboratories, Inc.    May 3, 2007
Name of Petitioner                       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Medical Inst. Dev. Laboratories, Inc.
c/o Peter Hyde
557 McCormick St.
San Leandro, CA 94577

X /s/ Chad H. Gettleman, Esq.      May 3, 2007
Signature of Attorney              Date

Chad H. Gettleman, Esq.
Name of Attorney Firm (If any)
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard
Suite 1050
Chicago, IL 60604-3107
Address
Telephone No. 312-435-1050

X_____
Signature of Petitioner or Representative (State title)

Kirk Packo, MD                     May 3, 2007
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Kirk Packo
15959 S. Park Ave.
South Holland, IL 60473

X /s/ Chad H. Gettleman, Esq.      May 3, 2007
Signature of Attorney              Date

Chad H. Gettleman, Esq.
Name of Attorney Firm (If any)
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard
Suite 1050
Chicago, IL 60604-3107
Address
Telephone No. 312-435-1050

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| John S. Pollack, MD<br>23W341 Foxwood Ct.<br>Naperville, IL 60540 | Trade Debt | 6,250.00 |
| Medical Inst. Dev. Laboratories, Inc.<br>c/o Peter Hyde<br>557 McCormick St.<br>San Leandro, CA 94577 | Trade Debt | 94,455.00 |
| Kirk Packo, MD<br>15959 S. Park Ave.<br>South Holland, IL 60473 | Trade Debt | 6,250.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: 106,955.00

_____0_____ continuation sheets attached

Name of Debtor __OPTOBIONICS CORPORATION__

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative | Attorney |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>John S. Pollack, MD          May 3, 2007<br>Name of Petitioner                Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>John S. Pollack, MD<br>23W341 Foxwood Ct.<br>Naperville, IL 60540 | X /s/ Chad H. Gettleman, Esq.     May 3, 2007<br>Signature of Attorney              Date<br><br>Chad H. Gettleman, Esq.<br>Name of Attorney Firm (If any)<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Boulevard<br>Suite 1050<br>Chicago, IL 60604-3107<br>Address<br>Telephone No. 312-435-1050 |
| X /s/ Peter Hyde, CEO<br>Signature of Petitioner or Representative (State title)<br><br>Medical Inst. Dev. Laboratories, Inc.   May 3, 2007<br>Name of Petitioner                Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Medical Inst. Dev. Laboratories, Inc.<br>c/o Peter Hyde<br>557 McCormick St.<br>San Leandro, CA 94577 | X /s/ Chad H. Gettleman, Esq.     May 3, 2007<br>Signature of Attorney              Date<br><br>Chad H. Gettleman, Esq.<br>Name of Attorney Firm (If any)<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Boulevard<br>Suite 1050<br>Chicago, IL 60604-3107<br>Address<br>Telephone No. 312-435-1050 |
| X _____<br>Signature of Petitioner or Representative (State title)<br><br>Kirk Packo, MD              May 3, 2007<br>Name of Petitioner                Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Kirk Packo<br>15959 S. Park Ave.<br>South Holland, IL 60473 | X /s/ Chad H. Gettleman, Esq.     May 3, 2007<br>Signature of Attorney              Date<br><br>Chad H. Gettleman, Esq.<br>Name of Attorney Firm (If any)<br>Adelman & Gettleman, Ltd.<br>53 W. Jackson Boulevard<br>Suite 1050<br>Chicago, IL 60604-3107<br>Address<br>Telephone No. 312-435-1050 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| John S. Pollack, MD<br>23W341 Foxwood Ct.<br>Naperville, IL 60540 | Trade Debt | 6,250.00 |
| Medical Inst. Dev. Laboratories, Inc.<br>c/o Peter Hyde<br>557 McCormick St.<br>San Leandro, CA 94577 | Trade Debt | 94,455.00 |
| Kirk Packo, MD<br>15959 S. Park Ave.<br>South Holland, IL 60473 | Trade Debt | 6,250.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 106,955.00 |

__0__ continuation sheets attached

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Name of Debtor __OPTOBIONICS CORPORATION__
Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X_____ | x /s/ Chad H. Gettleman, Esq.      May 3, 2007 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney      Date |
| __John S. Pollack, MD__ | __Chad H. Gettleman, Esq.__ |
| Name of Petitioner      May 3, 2007 Date Signed | Name of Attorney Firm (if any) Adelman & Gettleman, Ltd. 53 W. Jackson Boulevard Suite 1050 Chicago, IL 60604-3107 |
| Name & Mailing Address of Individual Signing in Representative Capacity: John S. Pollack, MD 23W341 Foxwood Ct. Naperville, IL 60540 | Address Telephone No. 312-435-1050 |

| X_____ | x /s/ Chad H. Gettleman, Esq.      May 3, 2007 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney      Date |
| __Medical Inst. Dev. Laboratories, Inc.__ | __Chad H. Gettleman, Esq.__ |
| Name of Petitioner      May 3, 2007 Date Signed | Name of Attorney Firm (if any) Adelman & Gettleman, Ltd. 53 W. Jackson Boulevard Suite 1050 Chicago, IL 60604-3107 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Medical Inst. Dev. Laboratories, Inc. c/o Peter Hyde 557 McCormick St. San Leandro, CA 94577 | Address Telephone No. 312-435-1050 |

| X /s/ Kirk Packo | x /s/ Chad H. Gettleman, Esq.      May 3, 2007 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney      Date |
| __Kirk Packo, MD__ | __Chad H. Gettleman, Esq.__ |
| Name of Petitioner      May 3, 2007 Date Signed | Name of Attorney Firm (if any) Adelman & Gettleman, Ltd. 53 W. Jackson Boulevard Suite 1050 Chicago, IL 60604-3107 |
| Name & Mailing Address of Individual Signing in Representative Capacity: Kirk Packo 15959 S. Park Ave. South Holland, IL 60473 | Address Telephone No. 312-435-1050 |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| John S. Pollack, MD 23W341 Foxwood Ct. Naperville, IL 60540 | Trade Debt | 6,250.00 |
| Medical Inst. Dev. Laboratories, Inc. c/o Peter Hyde 557 McCormick St. San Leandro, CA 94577 | Trade Debt | 94,456.00 |
| Kirk Packo, MD 15959 S. Park Ave. South Holland, IL 60473 | Trade Debt | 6,250.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: 106,956.00

__0__ continuation sheets attached

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Name of Debtor __OPTOBIONICS CORPORATION__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box *if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).*

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ John S. Pollack (MD)
Signature of Petitioner or Representative (State title)

John S. Pollack, MD                   May 3, 2007
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
John S. Pollack, MD
23W341 Foxwood Ct.
Naperville, IL 60540

X /s/ Chad H. Gettleman, Esq.         May 3, 2007
Signature of Attorney                 Date

Chad H. Gettleman, Esq.
Name of Attorney Firm (If any)
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard
Suite 1050
Chicago, IL 60604-3107
Address
Telephone No. 312-435-1050

X _____
Signature of Petitioner or Representative (State title)

Medical Inst. Dev. Laboratories, Inc.    May 3, 2007
Name of Petitioner                       Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Medical Inst. Dev. Laboratories, Inc.
c/o Peter Hyde
557 McCormick St.
San Leandro, CA 94577

X /s/ Chad H. Gettleman, Esq.         May 3, 2007
Signature of Attorney                 Date

Chad H. Gettleman, Esq.
Name of Attorney Firm (If any)
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard
Suite 1050
Chicago, IL 60604-3107
Address
Telephone No. 312-435-1050

X _____
Signature of Petitioner or Representative (State title)

Kirk Packo, MD                        May 3, 2007
Name of Petitioner                    Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Kirk Packo
15959 S. Park Ave.
South Holland, IL 60473

X /s/ Chad H. Gettleman, Esq.         May 3, 2007
Signature of Attorney                 Date

Chad H. Gettleman, Esq.
Name of Attorney Firm (If any)
Adelman & Gettleman, Ltd.
53 W. Jackson Boulevard
Suite 1050
Chicago, IL 60604-3107
Address
Telephone No. 312-435-1050

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| John S. Pollack, MD<br>23W341 Foxwood Ct.<br>Naperville, IL 60540 | Trade Debt | 6,250.00 |
| Medical Inst. Dev. Laboratories, Inc.<br>c/o Peter Hyde<br>557 McCormick St.<br>San Leandro, CA 94577 | Trade Debt | 94,455.00 |
| Kirk Packo, MD<br>15959 S. Park Ave.<br>South Holland, IL 60473 | Trade Debt | 6,250.00 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 106,955.00 |

_0_ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy