UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| OPTOBIONICS CORPORATION | § § | Case No. 07-08141 |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter 7 of the United States Bankruptcy Code on 05/03/2007 . The undersigned trustee was appointed on 05/24/2007 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 730,296.76 |
| Funds were disbursed in the following amounts: | | |
| Administrative expenses | | 80,728.46 |
| Payments to creditors | | 459,116.61 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 190,451.69 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 11/15/2007 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) (Page: 1)

claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7. The Trustee's proposed distribution is attached as **Exhibit D**.

    8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 34,764.84 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 34,764.84 , for a total compensation of $ 34,764.84 . In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 1,712.08 , for total expenses of $ 1,712.08 .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/18/2010                    By:/s/BRENDA PORTER HELMS, TRUSTEE
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Case 07-08141   Doc 148   Filed 04/10/10   Entered 04/10/10 12:35:58   Desc Main
Document   Page 3 of 10

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 07-08141   SQU   Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | OPTOBIONICS CORPORATION | Date Filed (f) or Converted (c): | 05/03/07 (f) |
| | | 341(a) Meeting Date: | 07/17/07 |
| For Period Ending: 03/18/10 | | Claims Bar Date: | 11/15/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) Gross Value of Remaining Assets |
| 1. Insurance refund (u) | Unknown | 0.00 | | 1,047.00 | FA |
| 2. UBS STANDBY LETTER OF CREDIT (u) | 227,108.00 | 0.00 | | 140,388.94 | FA |
| 3. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,438.70 | Unknown |
| 4. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 5. Equipment and supplies | 17,441.24 | 0.00 | | 11,000.00 | FA |
| 6. Patents | Unknown | 535,000.00 | | 435,000.00 | FA |
| 7. Destiny Health plan termination (u) | Unknown | 0.00 | | 10,082.60 | FA |
| 8. Murray & Murray retainer (u) | Unknown | 0.00 | | 1,877.98 | FA |
| 9. BANK ONE CHECKING ACCOUNTS (2) | 25,274.55 | 0.00 | | 15,631.92 | FA |
| 10. UBS SELECT MONEY MARKET FUND Same funds as held under UBS Standby Letter of Credit, #2, above | 269,169.76 | 0.00 | | 0.00 | FA |
| 11. Stuart Leeb security deposit | 18,650.00 | 0.00 | DA | 0.00 | FA |
| 12. Pennsylvania Properties security deposit | 14,214.00 | 0.00 | DA | 0.00 | FA |
| 13. Oxford Instruments | 69,418.00 | 0.00 | DA | 0.00 | FA |
| 14. VISX Sublicense | Unknown | Unknown | | 0.00 | FA |
| 15. Machinery Fixtures & Equipment | 1,910,849.43 | 0.00 | | 4,000.00 | FA |
| 16. VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| 17. Vedder Price retainer (u) | Unknown | 3,032.00 | | 6,064.00 | FA |
| 18. CA tax refund (u) | Unknown | 0.00 | | 1,128.34 | FA |
| 19. domain and trade names (u) | Unknown | 0.00 | | 5,000.00 | FA |

TOTALS (Excluding Unknown Values)   $2,552,124.98   $538,032.00   $632,659.48

Value of Remaining Assets   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/09    Current Projected Date of Final Report (TFR): 12/30/09

/s/   BRENDA PORTER HELMS, TRUSTEE
_____ Date: 03/18/10
BRENDA PORTER HELMS, TRUSTEE

Exhibit A

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-08141 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | OPTOBIONICS CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5826 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0000 | | |
| For Period Ending: | 03/18/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/10/07 | 1 | William Gallagher Associates<br>470 Atlantic Ave<br>Boston MA 02210 | Insurance refund | 1229-000 | 1,047.00 | | 1,047.00 |
| 07/10/07 | 000101 | Albany Bank & Trust Company<br>3400 W. Lawrence Ave<br>Chicago IL 60625 | UCC searches (4) | 2990-000 | | 168.00 | 879.00 |
| 07/24/07 | 2 | Hamilto Partners MRI<br>300 Park Blvd<br>Suite 500<br>Itasca IL 60143 | Rent refund | 1222-000 | 565.61 | | 1,444.61 |
| 07/24/07 | 2 | Hamiltion Lakes Partners<br>300 Park Blvd<br>Suite 500<br>Itasca IL 60143 | Rent refund | 1222-000 | 103.67 | | 1,548.28 |
| 07/26/07 | | Foley & Lardner<br>on behalf of IMI | wire transfer of earnest money depo | 1129-000 | 100,000.00 | | 101,548.28 |
| 07/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 41.70 | | 101,589.98 |
| 08/22/07 | 000102 | James & Thomas Inc.<br>6N397 Carron Road #100<br>St. Charles IL 60175 | payment of Tribune advertising | 2500-000 | | 6,073.62 | 95,516.36 |
| 08/24/07 | 2 | UBS Financial Services<br>One N. Wacker Dr. #2500<br>Chicago IL 60606 | turnover of L/C from landlord | 1129-000 | 140,388.94 | | 235,905.30 |
| 08/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 97.42 | | 236,002.72 |
| 09/14/07 | 5 | Johns Hopkins Accts Pauable Service<br>P.O. Box 33499<br>Baltimore MD 21218 | sale of pers prop to Johns Hopkins | 1129-000 | 1,000.00 | | 237,002.72 |
| 09/20/07 | 000103 | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento CA 94257 | franchise tax | 2820-000 | | 800.00 | 236,202.72 |
| 09/20/07 | 000104 | Franchise Tax Board<br>P.O. Box 942857<br>Sacramento CA 94257-0531 | franchise tax | 2820-000 | | 1,084.00 | 235,118.72 |
| 09/28/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 150.39 | | 235,269.11 |
| 10/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 158.80 | | 235,427.91 |
| 11/07/07 | 6 | IMI | wire transfer of purchase price | 1129-000 | 435,000.00 | | 670,427.91 |
| 11/07/07 | 000105 | ARCH Venture Fund III, L.P. | payoff secured note | 4210-000 | | 56,150.93 | 614,276.98 |
| 11/07/07 | 000106 | ARCH Venture Fund V, L.P. | payoff secured note | 4210-000 | | 33,509.72 | 580,767.26 |
| 11/07/07 | 000107 | ARCH Entrepreneurs Fund L.P. | 4210 payoff secured note | 4210-000 | | 905.71 | 579,861.55 |
| 11/07/07 | 000108 | Polaris Venture Partners, L.P. | payoff secured note | 4210-000 | | 52,189.58 | 527,671.97 |
| 11/07/07 | 000109 | Polaris Venture Partners Founders' Fund L.P. | payoff secured note | 4210-000 | | 3,053.58 | 524,618.39 |
| 11/07/07 | 000110 | Polaris Venture Partners III, L.P. | payoff secured note | 4210-000 | | 33,909.86 | 490,708.53 |
| 11/07/07 | 000111 | Polaris Venture Partners Entrepreneurs' Fund III, L.P. | payoff secured note | 4210-000 | | 879.16 | 489,829.37 |
| 11/07/07 | 000112 | Polaris Venture Partners Founders' III, L.P. | payoff secured note | 4210-000 | | 533.42 | 489,295.95 |
| 11/07/07 | 000113 | Advanced Technology Ventures V, L.P. | payoff secured note | 4210-000 | | 87,379.50 | 401,916.45 |
| 11/07/07 | 000114 | ATV Entrepreneurs V, L.P. | payoff secured note | 4210-000 | | 3,186.87 | 398,729.58 |

Exhibit B

PFORM24

Ver: 15.06b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-08141 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | OPTOBIONICS CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5826 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0000 | | |
| For Period Ending: | 03/18/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/07/07 | 000115 | Medtronic International, Ltd. | payoff secured note | 4210-000 | | 90,566.37 | 308,163.21 |
| 11/30/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 275.92 | | 308,439.13 |
| 12/07/07 | 7 | Destiny Health Insurance Co<br>200 W. Monroe St. Suite 2100<br>Chicago IL 60606 | health plan termination | 1229-000 | 10,082.60 | | 318,521.73 |
| 12/13/07 | 000116 | Springer Brown Covey Gaertner & Davis | ATTORNEY FEES | 3210-000 | | 22,260.00 | 296,261.73 |
| 12/13/07 | 000117 | Springer Brown Covey Gaertner & Davis | attorney expenses | 3220-000 | | 486.90 | 295,774.83 |
| 12/13/07 | 000118 | Alan D. Lasko & Associates, P.C. | accountant fees | 3410-000 | | 11,931.20 | 283,843.63 |
| 12/13/07 | 000119 | Vedder Price Kaufman & Kammholz | attorneys expenses | 3220-000 | | 25,054.43 | 258,789.20 |
| 12/13/07 | 000120 | Vedder Price Kaufman & Kammholz | ATTORNEYS FEES | 3210-000 | | 11,949.50 | 246,839.70 |
| 12/13/07 | 000121 | Alan D. Lasko & Associates P.C. | accountant expenses | 3420-000 | | 297.20 | 246,542.50 |
| 12/26/07 | 8 | Murray & Murray<br>19330 Stevens Creek Blvd #100<br>Cupertino CA 95014 | turnover of retainer<br>ACH credit received 3/2/10; check deposited and cleared 12/26/07 | 1229-000 | 1,877.98 | | 248,420.48 |
| 12/31/07 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 137.55 | | 248,558.03 |
| 01/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 97.74 | | 248,655.77 |
| 02/01/08 | 000122 | Paychex<br>1000 E. Warrenville Road<br>Naperville IL 60563 | 2007 W-2s | 2990-000 | | 107.25 | 248,548.52 |
| 02/14/08 | 000123 | International Sureties Ltd<br>701 Polydras St<br>New Orleans LA 70139 | trustee bond | 2300-000 | | 277.16 | 248,271.36 |
| 02/20/08 | 17 | Vedder Price<br>222 N. LaSalle Street<br>Chicago IL 60601 | refund of attorneys retainer | 1290-000 | 3,032.00 | | 251,303.36 |
| 02/25/08 | 5 | Alan Y. chow MD<br>386 Pennsylvania Ave Ste 3N<br>Glen Ellyn IL 60137 | sale of personal property | 1129-000 | 10,000.00 | | 261,303.36 |
| 02/29/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 58.82 | | 261,362.18 |
| 03/19/08 | 15 | Chicago Liquidators SErvices<br>P.O. Box 410341<br>Chicago IL 60641 | sale of Naperville furniture | 1129-000 | 4,000.00 | | 265,362.18 |
| 03/19/08 | 000124 | Paychex | 3rd Quarter 941 preparation | 2990-000 | | 50.00 | 265,312.18 |
| 03/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 61.53 | | 265,373.71 |
| 04/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 54.00 | | 265,427.71 |
| 05/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 33.48 | | 265,461.19 |
| 06/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 32.41 | | 265,493.60 |
| 07/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 33.49 | | 265,527.09 |
| 08/05/08 | 18 | State of California<br>Franchise Tax Board<br>P.O. Box 942857<br>Sacramento CA 94257 | | 1224-000 | 1,128.34 | | 266,655.43 |
| 08/29/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 33.59 | | 266,689.02 |
| 09/10/08 | 19 | Alan Chow<br>386 Pennsylvania Ave. Ste 3N<br>Glen Ellyn IL 60137 | sale of domain and trade names | 1229-000 | 5,000.00 | | 271,689.02 |
| 09/30/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 32.89 | | 271,721.91 |
| 10/06/08 | 000125 | Alan Chow<br>191 Palamino Place | payoff secured lien | | | 96,851.91 | 174,870.00 |

PFORM24                                                                                                        Ver: 15.06b

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 07-08141 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | OPTOBIONICS CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5826 Money Market - Interest Bearing |
| Taxpayer ID No: | *******0000 | | |
| For Period Ending: | 03/18/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Wheaton, IL 60181 | | | | | |
| | | | Claim        86,400.00 | 4210-000 | | | 174,870.00 |
| | | | Interest      10,451.91 | 7990-000 | | | 174,870.00 |
| 10/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 21.41 | | 174,891.41 |
| 11/28/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 14.18 | | 174,905.59 |
| 12/31/08 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 9.37 | | 174,914.96 |
| 01/30/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 2.93 | | 174,917.89 |
| 02/06/09 | 000126 | International Sureties Ltd | trustee bond | 2300-000 | | 189.20 | 174,728.69 |
| 02/27/09 | 3 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.65 | | 174,731.34 |
| 03/31/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 2.94 | | 174,734.28 |
| 04/29/09 | 9 | Chase | turnover of bank account | 1129-000 | 1,809.23 | | 176,543.51 |
| | | Phoenix AZ | | | | | |
| 04/29/09 | 9 | Chase | | 1129-000 | 13,822.69 | | 190,366.20 |
| | | Phoenix AZ | | | | | |
| 04/30/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.10 | | 190,373.30 |
| 05/29/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.87 | | 190,381.17 |
| 06/30/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.75 | | 190,388.92 |
| 07/31/09 | 3 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 8.01 | | 190,396.93 |
| 08/31/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.01 | | 190,404.94 |
| 09/30/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.75 | | 190,412.69 |
| 10/30/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.00 | | 190,420.69 |
| 11/30/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.76 | | 190,428.45 |
| 12/31/09 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.01 | | 190,436.46 |
| 01/29/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 8.00 | | 190,444.46 |
| 02/26/10 | 3 | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 7.23 | | 190,451.69 |

Total Of All Accounts    190,451.69

PFORM24                                                                                                          Ver: 15.06b

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 07-08141
Case Name: OPTOBIONICS CORPORATION
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
|  | $ |
|  | $ |
|  | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ 34,764.84 | $ 1,712.08 |
| Attorney for trustee: Springer Brown Covey Gaertner & Davis LL | $ 8,094.00 | $ 211.84 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Alan D. Lasko & Associates P.C. | $ 14,311.50 | $ 120.80 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |
| Other: | $ | $ |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 44,013.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000009 | County Of Santa Clara | $ 17,591.88 | $ 17,591.88 |
| 000014B | IL. Department of Employment Security | $ 333.14 | $ 333.14 |
| 000017 | Carol Schneider | $ 1,770.00 | $ 1,770.00 |
| 000020A | Cannon Joanna | $ 4,316.67 | $ 4,316.67 |
| 000021A | Zorn Jan | $ 7,665.00 | $ 7,665.00 |
| 000022 | David Pincus | $ 6,988.00 | $ 6,988.00 |
| 000023 | Cannon Joanna | $ 3,773.38 | $ 3,773.38 |
| 000028B | Kotowski Jacek | $ 1,575.39 | $ 1,575.39 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,093,264.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The

timely allowed general (unsecured) dividend is anticipated to be 8.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001A | Oxford Finance Corporation | $384,487.41 | $30,675.30 |
| 000002 | TGI Fianacial Inc | $100,000.00 | $7,978.23 |
| 000004 | Leeb and Cornell Partnership | $9,699.89 | $773.88 |
| 000006 | Cryospec, Inc | $64.96 | $5.18 |
| 000007 | Worknet, Inc. | $840.00 | $67.02 |
| 000008 | Pollack Dr. John S. | $6,000.00 | $478.69 |
| 000010 | Sonitrol/Pacific West Security | $216.60 | $17.28 |
| 000011 | Nanostructures, Inc. | $650.00 | $51.86 |
| 000012 | Mid Labs Inc | $123,634.90 | $9,863.88 |
| 000013 | American Express Travel Related Svcs Co | $3,648.83 | $291.11 |
| 000015A | Michael Selzer | $196,126.16 | $15,647.40 |
| 000016 | Johns Hopkins University/SOM Wilmer | $74,616.00 | $5,953.04 |
| 000021B | Zorn Jan | $34,260.00 | $2,733.34 |
| 000025 | Dept Of Ophthalmology, Rush Uni Med Ctr | $36,647.89 | $2,923.86 |
| 000026 | The Board Of Trustees of The Leland | $84,329.40 | $6,728.00 |
| 000027 | Oppenheimer Wolff & Donnelly | $36,192.30 | $2,887.51 |
| 20B | Joanna Cannon | $1,850.00 | $147.59 |

UST Form 101-7-TFR (9/1/2009) (Page: 5)

Tardily filed claims of general (unsecured) creditors totaling $ 17,083.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000028A | Kotowski Jacek | $ 10,833.00 | $ 0.00 |
| 000029 | Kirk H Packo, MD | $ 6,250.00 | $ 0.00 |
|  |  | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 195.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000014A | IL. Department of Employment Security | $ 195.00 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

UST Form 101-7-TFR (9/1/2009) *(Page: 6)*