## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| OPTOBIONICS CORPORATION | § | Case No. 07-08141 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 102,282.00 *(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 590,380.88 | Claims Discharged Without Payment: 1,488,252.93 |
| Total Expenses of Administration: 139,943.16 | |

3) Total gross receipts of $ 730,324.04 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 730,324.04 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $ NA | $ 452,679.34 | $ 448,664.70 | $ 448,664.70 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | NA | 139,943.16 | 139,943.16 | 139,943.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 100,500.00 | 99,913.46 | 44,013.46 | 44,013.46 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 571,973.97 | 1,676,452.12 | 1,110,542.34 | 97,702.72 |
| TOTAL DISBURSEMENTS | $ 672,473.97 | $ 2,368,988.08 | $ 1,743,163.66 | $ 730,324.04 |

4) This case was originally filed under chapter 7 on 05/03/2007 . The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/04/2010 _____ By:/s/BRENDA PORTER HELMS, TRUSTEE
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Schedule B Personal Property (not listed above) | 1129-000 | 101,877.98 |
| UBS STANDBY LETTER OF CREDIT | 1129-000 | 140,388.94 |
| Equipment and supplies | 1129-000 | 11,000.00 |
| Patents | 1129-000 | 435,000.00 |
| BANK ONE CHECKING ACCOUNTS (2) | 1129-000 | 15,631.92 |
| Machinery Fixtures & Equipment | 1129-000 | 4,000.00 |
| Non-Estate Receipts | 1180-000 | -1,877.98 |
| UBS STANDBY LETTER OF CREDIT | 1222-000 | 669.28 |
| CA tax refund | 1224-000 | 1,128.34 |
| Insurance refund | 1229-000 | 1,047.00 |
| Destiny Health plan termination | 1229-000 | 10,082.60 |
| Murray & Murray retainer | 1229-000 | 1,877.98 |
| domain and trade names | 1229-000 | 5,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 1,465.98 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vedder Price retainer | 1290-000 | 3,032.00 |
| TOTAL GROSS RECEIPTS | | $ 730,324.04 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | ALAN CHOW | 4210-000 | NA | 86,400.00 | 86,400.00 | 86,400.00 |
| 000018 | ALAN CHOW | 4210-000 | NA | 4,014.64 | 0.00 | 0.00 |
| | ARCH VENTURE FUND III, L.P. | 4210-000 | NA | 56,150.93 | 56,150.93 | 56,150.93 |
| | ARCH VENTURE FUND V, L.P. | 4210-000 | NA | 33,509.72 | 33,509.72 | 33,509.72 |
| | ATV ENTREPRENEURS V, L.P. | 4210-000 | NA | 3,186.87 | 3,186.87 | 3,186.87 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | FUND L.P., ARCH ENTREPRENEURS | 4210-000 | NA | 905.71 | 905.71 | 905.71 |
| | MEDTRONIC INTERNATIONAL, LTD. | 4210-000 | NA | 90,566.37 | 90,566.37 | 90,566.37 |
| | POLARIS VENTURE PARTNERS ENTREPRENE | 4210-000 | NA | 879.16 | 879.16 | 879.16 |
| | POLARIS VENTURE PARTNERS FOUNDERS' | 4210-000 | NA | 533.42 | 533.42 | 533.42 |
| | POLARIS VENTURE PARTNERS FUONDERS' | 4210-000 | NA | 3,053.58 | 3,053.58 | 3,053.58 |
| | POLARIS VENTURE PARTNERS III, L.P. | 4210-000 | NA | 33,909.86 | 33,909.86 | 33,909.86 |
| | POLARIS VENTURE PARTNERS, L.P. | 4210-000 | NA | 52,189.58 | 52,189.58 | 52,189.58 |
| | TECHNOLOGY VENTURES V, L.P., ADVANC | 4210-000 | NA | 87,379.50 | 87,379.50 | 87,379.50 |
| TOTAL SECURED CLAIMS | | | $ NA | $ 452,679.34 | $ 448,664.70 | $ 448,664.70 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | 2100-000 | NA | 34,764.48 | 34,764.48 | 34,764.48 |
| HELMS, BRENDA PORTER | 2200-000 | NA | 1,712.08 | 1,712.08 | 1,712.08 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 277.16 | 277.16 | 277.16 |
| INTERNATIONAL SURETIES LTD | 2300-000 | NA | 189.20 | 189.20 | 189.20 |
| JAMES & THOMAS INC. | 2500-000 | NA | 6,073.62 | 6,073.62 | 6,073.62 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 800.00 | 800.00 | 800.00 |
| FRANCHISE TAX BOARD | 2820-000 | NA | 1,084.00 | 1,084.00 | 1,084.00 |
| ALBANY BANK & TRUST COMPANY | 2990-000 | NA | 168.00 | 168.00 | 168.00 |
| PAYCHEX | 2990-000 | NA | 107.25 | 107.25 | 107.25 |
| PAYCHEX | 2990-000 | NA | 50.00 | 50.00 | 50.00 |
| SPRINGER BROWN COVEY GAERTNER & DAV | 3210-000 | NA | 8,094.00 | 8,094.00 | 8,094.00 |
| SPRINGER BROWN COVEY GAERTNER & DAV | 3210-000 | NA | 22,260.00 | 22,260.00 | 22,260.00 |
| VEDDER PRICE KAUFMAN & KAMMHOLZ | 3210-000 | NA | 11,949.50 | 11,949.50 | 11,949.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SPRINGER BROWN COVEY GAERTNER & DAV | 3220-000 | NA | 211.84 | 211.84 | 211.84 |
| SPRINGER BROWN COVEY GAERTNER & DAV | 3220-000 | NA | 486.90 | 486.90 | 486.90 |
| VEDDER PRICE KAUFMAN & KAMMHOLZ | 3220-000 | NA | 25,054.43 | 25,054.43 | 25,054.43 |
| ALAN D. LASKO & ASSOCIATES P.C. | 3410-000 | NA | 14,311.50 | 14,311.50 | 14,311.50 |
| ALAN D. LASKO & ASSOCIATES, P.C. | 3410-000 | NA | 11,931.20 | 11,931.20 | 11,931.20 |
| ALAN D. LASKO & ASSOCIATES P.C. | 3420-000 | NA | 120.80 | 120.80 | 120.80 |
| ALAN D. LASKO & ASSOCIATES P.C. | 3420-000 | NA | 297.20 | 297.20 | 297.20 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 139,943.16 | $ 139,943.16 | $ 139,943.16 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Carlos Baez | | 10,950.00 | NA | NA | 0.00 |
| | Chris Bonner | | 10,950.00 | NA | NA | 0.00 |
| | George McLean | | 10,950.00 | NA | NA | 0.00 |
| | Peter DuMelle | | 7,500.00 | NA | NA | 0.00 |
| | Seila Chim | | 6,466.67 | NA | NA | 0.00 |
| 000020A | CANNON JOANNA | 5300-000 | 6,166.67 | 4,316.67 | 4,316.67 | 4,316.67 |
| 000017 | CAROL SCHNEIDER | 5300-000 | 3,833.33 | 1,770.00 | 1,770.00 | 1,770.00 |
| 000022 | DAVID PINCUS | 5300-000 | 10,950.00 | 6,988.00 | 6,988.00 | 6,988.00 |
| 000015B | MICHAEL SELZER | 5300-000 | 10,950.00 | 10,950.00 | 0.00 | 0.00 |
| 000019A | PINCUS DAVID | 5300-000 | NA | 44,950.00 | 0.00 | 0.00 |
| 000021A | ZORN JAN | 5300-000 | 10,950.00 | 7,665.00 | 7,665.00 | 7,665.00 |
| 000023 | CANNON JOANNA | 5400-000 | NA | 3,773.38 | 3,773.38 | 3,773.38 |
| 000028B | KOTOWSKI JACEK | 5400-000 | 10,833.33 | 1,575.39 | 1,575.39 | 1,575.39 |
| 000009 | COUNTY OF SANTA CLARA | 5800-000 | NA | 17,591.88 | 17,591.88 | 17,591.88 |
| 000014B | IL. DEPARTMENT OF EMPLOYMENT SECURI | 5800-000 | NA | 333.14 | 333.14 | 333.14 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 100,500.00 | $ 99,913.46 | $ 44,013.46 | $ 44,013.46 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A.R.D.C. | | 0.00 | NA | NA | 0.00 |
| | ACCO Engineered Systems | | 0.00 | NA | NA | 0.00 |
| | ACS Labs | | 0.00 | NA | NA | 0.00 |
| | ADECCO Employment Services | | 0.00 | NA | NA | 0.00 |
| | ADP, INC | | 0.00 | NA | NA | 0.00 |
| | AMETEK Advanced Measurement Te | | 0.00 | NA | NA | 0.00 |
| | AQS Solutions | | 0.00 | NA | NA | 0.00 |
| | ARCH Venture Corporation | | 0.00 | NA | NA | 0.00 |
| | ARE2625/ 2726/2631 Hanover, LLC | | 0.00 | NA | NA | 0.00 |
| | ARMM Corp | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ARVO | | 0.00 | NA | NA | 0.00 |
| | AS Industries, Inc | | 0.00 | NA | NA | 0.00 |
| | ASTM International | | 0.00 | NA | NA | 0.00 |
| | AT&T | | 1,126.40 | NA | NA | 0.00 |
| | AT&T TeleConference Services | | 0.00 | NA | NA | 0.00 |
| | ATV Capital Management, Inc. | | 0.00 | NA | NA | 0.00 |
| | Access Technologies | | 0.00 | NA | NA | 0.00 |
| | AccessClosure, Inc. | | 0.00 | NA | NA | 0.00 |
| | Ace Glass, Inc. | | 0.00 | NA | NA | 0.00 |
| | Adams & Chittenden Scientific | | 0.00 | NA | NA | 0.00 |
| | Adirondack Video Astronomy | | 0.00 | NA | NA | 0.00 |
| | Advance Reproductions Corporation | | 0.00 | NA | NA | 0.00 |
| | Advanced Chemical Transport, Inc. | | 620.00 | NA | NA | 0.00 |
| | Advanced Medical Optics | | 0.00 | NA | NA | 0.00 |
| | Advanced Photonix, Inc | | 0.00 | NA | NA | 0.00 |
| | Advin Systems Inc. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Agilent | | 0.00 | NA | NA | 0.00 |
| | Airgas North Central | | 0.00 | NA | NA | 0.00 |
| | Alburtis Systems | | 0.00 | NA | NA | 0.00 |
| | Alexandria Real Estate Equitie | | 0.00 | NA | NA | 0.00 |
| | Alfa Asar | | 0.00 | NA | NA | 0.00 |
| | Alfa Medical | | 0.00 | NA | NA | 0.00 |
| | Alfred Schwarz | | 0.00 | NA | NA | 0.00 |
| | All Flex Inc. | | 0.00 | NA | NA | 0.00 |
| | Allen Jeffers Associates | | 0.00 | NA | NA | 0.00 |
| | Allen R. Freeman & Associates. | | 0.00 | NA | NA | 0.00 |
| | Allied Electronics | | 0.00 | NA | NA | 0.00 |
| | Alloyd Company | | 0.00 | NA | NA | 0.00 |
| | Althoff Industries Inc. | | 0.00 | NA | NA | 0.00 |
| | Am. Institute of Certified Public | | 0.00 | NA | NA | 0.00 |
| | American Academy of Ophthalmology | | 0.00 | NA | NA | 0.00 |
| | American Airlines Admirals Clu | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Bar Association | | 0.00 | NA | NA | 0.00 |
| | American Cancer Society | | 0.00 | NA | NA | 0.00 |
| | American General Life Ins. Co. | | 0.00 | NA | NA | 0.00 |
| | American Institute of Professi | | 0.00 | NA | NA | 0.00 |
| | American Intellectual Property | | 0.00 | NA | NA | 0.00 |
| | American Interior Plant Service | | 0.00 | NA | NA | 0.00 |
| | American Interiors | | 0.00 | NA | NA | 0.00 |
| | American Medical Association | | 0.00 | NA | NA | 0.00 |
| | American Packaging | | 0.00 | NA | NA | 0.00 |
| | American Red Cross | | 0.00 | NA | NA | 0.00 |
| | American Safety Training, Inc. | | 0.00 | NA | NA | 0.00 |
| | American Society for Quality | | 0.00 | NA | NA | 0.00 |
| | American Society of Retina Spe | | 0.00 | NA | NA | 0.00 |
| | American Telephone & Data, Inc | | 0.00 | NA | NA | 0.00 |
| | Andover Corporation | | 0.00 | NA | NA | 0.00 |
| | Andrews Neal | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Annis Katie | | 0.00 | NA | NA | 0.00 |
| | Apple Store | | 0.00 | NA | NA | 0.00 |
| | Appleton Electronic Distributors | | 0.00 | NA | NA | 0.00 |
| | Applied Science Instruments | | 0.00 | NA | NA | 0.00 |
| | Aquaprix | | 0.00 | NA | NA | 0.00 |
| | Aria Technologies | | 0.00 | NA | NA | 0.00 |
| | Armstrong Relocation | | 0.00 | NA | NA | 0.00 |
| | Artistic Carton Company | | 0.00 | NA | NA | 0.00 |
| | Asociacion para Evitar la Cegu Servicio de Retina | | 0.00 | NA | NA | 0.00 |
| | Aspen Publishers, Inc. | | 0.00 | NA | NA | 0.00 |
| | Assoc. Advancement Medical Instrumentat | | 0.00 | NA | NA | 0.00 |
| | AstroMed, GrassTelefactor | | 0.00 | NA | NA | 0.00 |
| | Atlanta Research and Education | | 0.00 | NA | NA | 0.00 |
| | Atlas Copco Compressors Inc | | 0.00 | NA | NA | 0.00 |
| | Attorney Registration & Discip | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Austin Scientific | | 0.00 | NA | NA | 0.00 |
| | Automationdirect.com | | 0.00 | NA | NA | 0.00 |
| | Avalon Equipment Corporation | | 0.00 | NA | NA | 0.00 |
| | Averion Inc. | | 0.00 | NA | NA | 0.00 |
| | Avitar Unlimited, Inc. | | 0.00 | NA | NA | 0.00 |
| | B&H PhotoVideo | | 0.00 | NA | NA | 0.00 |
| | Baez Carlos | | 0.00 | NA | NA | 0.00 |
| | Baker Kevin M. | | 0.00 | NA | NA | 0.00 |
| | Banner Industrial Staffing | | 0.00 | NA | NA | 0.00 |
| | Banyan International Corp | | 0.00 | NA | NA | 0.00 |
| | Barnes Claire S. | | 0.00 | NA | NA | 0.00 |
| | Barnett International | | 0.00 | NA | NA | 0.00 |
| | Bausch & Lomb | | 0.00 | NA | NA | 0.00 |
| | Bax Global | | 0.00 | NA | NA | 0.00 |
| | Baxter Network Enterprises | | 3,862.50 | NA | NA | 0.00 |
| | Becton Dickinson & Co. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bekaert Advanced Coating Tech. | | 0.00 | NA | NA | 0.00 |
| | Bell Plumbing | | 0.00 | NA | NA | 0.00 |
| | Belle Music | | 0.00 | NA | NA | 0.00 |
| | Bender Dmitri | | 0.00 | NA | NA | 0.00 |
| | Berkeley Technika, Inc. | | 0.00 | NA | NA | 0.00 |
| | Beyond the Network America, | | 0.00 | NA | NA | 0.00 |
| | Beyond the Network America, | | 0.00 | NA | NA | 0.00 |
| | Bishop Bob | | 0.00 | NA | NA | 0.00 |
| | Boerman Moving & Storage, | | 0.00 | NA | NA | 0.00 |
| | Boston Laser, Inc. | | 0.00 | NA | NA | 0.00 |
| | Bradley Design Services Inc. | | 0.00 | NA | NA | 0.00 |
| | Brand Laser Optics | | 0.00 | NA | NA | 0.00 |
| | Brinks, Hofer, Gilson & Lione | | 0.00 | NA | NA | 0.00 |
| | Brookfield Zoo | | 0.00 | NA | NA | 0.00 |
| | Broussard Enterprise | | 0.00 | NA | NA | 0.00 |
| | Brown Enterprises | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Buehler LTD | | 0.00 | NA | NA | 0.00 |
| | Bulbman | | 0.00 | NA | NA | 0.00 |
| | Burg Translations, Inc. | | 0.00 | NA | NA | 0.00 |
| | Business 2.0 | | 0.00 | NA | NA | 0.00 |
| | Buy.com | | 0.00 | NA | NA | 0.00 |
| | C&H Distributors, Inc. | | 0.00 | NA | NA | 0.00 |
| | CAIS Internet | | 0.00 | NA | NA | 0.00 |
| | CPO Ltd. | | 0.00 | NA | NA | 0.00 |
| | CSC Corporation Service Company | | 0.00 | NA | NA | 0.00 |
| | CT Corporation System | | 569.00 | NA | NA | 0.00 |
| | CTS Air Services Inc. | | 0.00 | NA | NA | 0.00 |
| | CYNACON/OCuSoft | | 0.00 | NA | NA | 0.00 |
| | Cadence Design Systems | | 0.00 | NA | NA | 0.00 |
| | Cal Coast Ophthalmic Instrumen | | 0.00 | NA | NA | 0.00 |
| | California Franchise Tax Board | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | California Secretary of Stat | | 0.00 | NA | NA | 0.00 |
| | Cambridge Transportation | | 0.00 | NA | NA | 0.00 |
| | Cannon Michael | | 0.00 | NA | NA | 0.00 |
| | Canon Business Solutions | | 31.26 | NA | NA | 0.00 |
| | Capital Equipment Exchange | | 0.00 | NA | NA | 0.00 |
| | Carl Zeiss Ophthalmic Systems, | | 0.00 | NA | NA | 0.00 |
| | Carleton Technologies Inc | | 263.76 | NA | NA | 0.00 |
| | Carlton William W. D.V.M.,Ph.D | | 0.00 | NA | NA | 0.00 |
| | Carlton William W. D.V.M.,Ph.D | | 0.00 | NA | NA | 0.00 |
| | Cech Jay | | 0.00 | NA | NA | 0.00 |
| | Center for Tribology, Inc | | 0.00 | NA | NA | 0.00 |
| | Center for Tribology, Inc | | 0.00 | NA | NA | 0.00 |
| | Central DuPage Hosptial | | 0.00 | NA | NA | 0.00 |
| | Central Transport Intl. Inc. | | 0.00 | NA | NA | 0.00 |
| | Charles Evans & Associates | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Card Services | | 0.00 | NA | NA | 0.00 |
| | Chemir Analytical Services | | 0.00 | NA | NA | 0.00 |
| | Chicago Suburban Express | | 0.00 | NA | NA | 0.00 |
| | Chow Alan M.D. | | 0.00 | NA | NA | 0.00 |
| | Chow Alan S F | | 0.00 | NA | NA | 0.00 |
| | Chow Alan Y K | | 0.00 | NA | NA | 0.00 |
| | Chow Calvin | | 0.00 | NA | NA | 0.00 |
| | Chow Mary | | 0.00 | NA | NA | 0.00 |
| | Chow Sharon | | 0.00 | NA | NA | 0.00 |
| | Chow Vincent | | 0.00 | NA | NA | 0.00 |
| | Christ Episcopal Church | | 0.00 | NA | NA | 0.00 |
| | ChurZeiss Humphrey Systems | | 0.00 | NA | NA | 0.00 |
| | Cintas Corporation | | 0.00 | NA | NA | 0.00 |
| | Circuit City | | 0.00 | NA | NA | 0.00 |
| | City of Palo Alto | | 0.00 | NA | NA | 0.00 |
| | Clariant Corporation | | 0.00 | NA | NA | 0.00 |
| | Clarus Actity Group | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Clean Air Flow, Inc | | 0.00 | NA | NA | 0.00 |
| | CleanAir Solutions, Inc. | | 0.00 | NA | NA | 0.00 |
| | Clear Image, LLC | | 0.00 | NA | NA | 0.00 |
| | Cleveland Clinic Foundation | | 0.00 | NA | NA | 0.00 |
| | Cleveland VA Med.Research&Education Foun | | 0.00 | NA | NA | 0.00 |
| | Cleveland VA Medical Center | | 0.00 | NA | NA | 0.00 |
| | ColeParmer Instrument Co. | | 0.00 | NA | NA | 0.00 |
| | ComEd | | 0.00 | NA | NA | 0.00 |
| | Commonwealth of Massachusetts | | 0.00 | NA | NA | 0.00 |
| | CompuMaster | | 0.00 | NA | NA | 0.00 |
| | Compugraphics USA Inc. | | 0.00 | NA | NA | 0.00 |
| | CorpLink Services, Inc. | | 0.00 | NA | NA | 0.00 |
| | Corporate Express | | 0.00 | NA | NA | 0.00 |
| | Cortese Ron T | | 0.00 | NA | NA | 0.00 |
| | Costenbader Society, Inc. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Courtyard by Marriott | | 0.00 | NA | NA | 0.00 |
| | Courtyard by Marriott Palo Alto | | 0.00 | NA | NA | 0.00 |
| | Covalent Associates, Inc. | | 0.00 | NA | NA | 0.00 |
| | Crain's Chicago Business | | 0.00 | NA | NA | 0.00 |
| | Crane Robert | | 0.00 | NA | NA | 0.00 |
| | CritchellMiller & Petrus, Inc | | 0.00 | NA | NA | 0.00 |
| | Crocker John & Wilma | | 0.00 | NA | NA | 0.00 |
| | CrockettBillig Darlene | | 0.00 | NA | NA | 0.00 |
| | Crossbow Industrial Water | | 0.00 | NA | NA | 0.00 |
| | Crosstex International | | 0.00 | NA | NA | 0.00 |
| | Culver Consulting | | 0.00 | NA | NA | 0.00 |
| | Cupertino Electric | | 0.00 | NA | NA | 0.00 |
| | Custom Products & Services, In | | 0.00 | NA | NA | 0.00 |
| | CyberXLink.comComputer Networ | | 0.00 | NA | NA | 0.00 |
| | Czerepek Elizabeth & Wieslaw | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | D'Ammassa Jeanne (Rys) | | 0.00 | NA | NA | 0.00 |
| | D.B.Metal Works | | 0.00 | NA | NA | 0.00 |
| | Dagnelie Gislin Ph. D. | | 0.00 | NA | NA | 0.00 |
| | DataRay Inc. | | 0.00 | NA | NA | 0.00 |
| | Dataq Instruments Inc. | | 0.00 | NA | NA | 0.00 |
| | Days Inn Inner Harbor | | 0.00 | NA | NA | 0.00 |
| | De Bhola | | 0.00 | NA | NA | 0.00 |
| | Deakin Gary | | 0.00 | NA | NA | 0.00 |
| | Delaware Secretary of State | | 0.00 | NA | NA | 0.00 |
| | Dell Computer Corporation | | 0.00 | NA | NA | 0.00 |
| | Deluxe Business Checks and Sol | | 0.00 | NA | NA | 0.00 |
| | Designer Sign Systems | | 0.00 | NA | NA | 0.00 |
| | Destiny Health Insurance Compa | | 0.00 | NA | NA | 0.00 |
| | Diagnosys LLC | | 0.00 | NA | NA | 0.00 |
| | Digi Key Corp. | | 0.00 | NA | NA | 0.00 |
| | Dinah Garden Hotel | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Directed Energy, Inc. | | 0.00 | NA | NA | 0.00 |
| | Directions Training Center | | 0.00 | NA | NA | 0.00 |
| | Disc Makers, Inc. | | 0.00 | NA | NA | 0.00 |
| | Division of Vital Records | | 0.00 | NA | NA | 0.00 |
| | Dominar, Inc. | | 0.00 | NA | NA | 0.00 |
| | Doran Instruments | | 0.00 | NA | NA | 0.00 |
| | Douglas Electrical Components | | 0.00 | NA | NA | 0.00 |
| | Douglas Hawkins LLC | | 0.00 | NA | NA | 0.00 |
| | DuMelle Peter | | 0.00 | NA | NA | 0.00 |
| | DuMelle Peter E. | | 0.00 | NA | NA | 0.00 |
| | DuPage County Public Works | | 0.00 | NA | NA | 0.00 |
| | DuPage Society for Human Resource | | 0.00 | NA | NA | 0.00 |
| | Duke University | | 0.00 | NA | NA | 0.00 |
| | Dwight & M.H. Jackson | | 0.00 | NA | NA | 0.00 |
| | Dymax Corporation | | 0.00 | NA | NA | 0.00 |
| | Dyna Mechtronics Inc. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dzau Dr. Victor J. | | 6,250.00 | NA | NA | 0.00 |
| | E. W. Sparrow Hospital | | 0.00 | NA | NA | 0.00 |
| | EBay purchase | | 0.00 | NA | NA | 0.00 |
| | EDM Supplies, Inc. | | 0.00 | NA | NA | 0.00 |
| | EFD | | 0.00 | NA | NA | 0.00 |
| | EIC Laboratories | | 0.00 | NA | NA | 0.00 |
| | EIS, Inc | | 0.00 | NA | NA | 0.00 |
| | EMA Design Automation, Inc. | | 0.00 | NA | NA | 0.00 |
| | ERL Engineering, P.C. | | 0.00 | NA | NA | 0.00 |
| | Eagle Printing & Thermographin | | 0.00 | NA | NA | 0.00 |
| | Earthlink, Inc. | | 23.95 | NA | NA | 0.00 |
| | Ecomputer, Inc | | 865.03 | NA | NA | 0.00 |
| | Edmund Industrial Optics | | 0.00 | NA | NA | 0.00 |
| | Electron Microscopy Sciences | | 0.00 | NA | NA | 0.00 |
| | Elemental Research Inc. | | 0.00 | NA | NA | 0.00 |
| | Ellsworth Adhesives | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Elsevier Science | | 0.00 | NA | NA | 0.00 |
| | Embassy Suites Hotel FL | | 0.00 | NA | NA | 0.00 |
| | Entegris, Inc | | 0.00 | NA | NA | 0.00 |
| | Environments Group | | 0.00 | NA | NA | 0.00 |
| | Epoxy Technology | | 0.00 | NA | NA | 0.00 |
| | Ernst & Young LLP | | 0.00 | NA | NA | 0.00 |
| | Ernst & YoungEntrepreneur of the Year | | 0.00 | NA | NA | 0.00 |
| | Evans Analytical Group | | 0.00 | NA | NA | 0.00 |
| | Expect Solutions Office Interi | | 0.00 | NA | NA | 0.00 |
| | Express Physicians Supply Corp | | 0.00 | NA | NA | 0.00 |
| | Eye Care & Cure Corporation | | 0.00 | NA | NA | 0.00 |
| | Failing, G. Reed M.D. | | 0.00 | NA | NA | 0.00 |
| | Fairfield Inn | | 0.00 | NA | NA | 0.00 |
| | Family Entertainment | | 0.00 | NA | NA | 0.00 |
| | Federal Express | | 81.23 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fidelity Investments Institutional Opera | | 51.60 | NA | NA | 0.00 |
| | First Environmental Laboratories, Inc. | | 0.00 | NA | NA | 0.00 |
| | First Judicial Dist of New Mexico | | 0.00 | NA | NA | 0.00 |
| | Fisher BioMedical, Inc. | | 0.00 | NA | NA | 0.00 |
| | Fisher Scientific Company LLC | | 0.00 | NA | NA | 0.00 |
| | Fong Donald | | 0.00 | NA | NA | 0.00 |
| | Fort Photography, Inc. | | 0.00 | NA | NA | 0.00 |
| | Fortune | | 0.00 | NA | NA | 0.00 |
| | Fotofab | | 0.00 | NA | NA | 0.00 |
| | Franchise Tax Board | | 0.00 | NA | NA | 0.00 |
| | Frank Electric | | 0.00 | NA | NA | 0.00 |
| | Fryer Company, Inc. | | 0.00 | NA | NA | 0.00 |
| | Furniture Plaza Online | | 0.00 | NA | NA | 0.00 |
| | Future Solutions Consulting, Inc. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | G. Neil | | 0.00 | NA | NA | 0.00 |
| | GAD Consulting Services | | 0.00 | NA | NA | 0.00 |
| | GEI Technology Inc. | | 0.00 | NA | NA | 0.00 |
| | GENVAC Applied Surfaces | | 0.00 | NA | NA | 0.00 |
| | GMP Labeling, Inc. | | 0.00 | NA | NA | 0.00 |
| | GST/ESystems Design | | 0.00 | NA | NA | 0.00 |
| | Galileo Consulting Group, Inc. | | 0.00 | NA | NA | 0.00 |
| | Gary Plastic Packaging Corp | | 0.00 | NA | NA | 0.00 |
| | GelPak | | 0.00 | NA | NA | 0.00 |
| | Gelfandbein Vladimir | | 0.00 | NA | NA | 0.00 |
| | Geller Microanalytical Laborat | | 0.00 | NA | NA | 0.00 |
| | Genomics One International | | 0.00 | NA | NA | 0.00 |
| | Geo. M. Robinson & Co. | | 0.00 | NA | NA | 0.00 |
| | Gillesie Joe I | | 0.00 | NA | NA | 0.00 |
| | Givmar Precision Machining | | 0.00 | NA | NA | 0.00 |
| | Glassman High Voltage, Inc. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Glen Ellyn (Village) | | 0.00 | NA | NA | 0.00 |
| | Gmry Instruments | | 0.00 | NA | NA | 0.00 |
| | Go Promotions | | 0.00 | NA | NA | 0.00 |
| | Golden Bear Fire Protection | | 0.00 | NA | NA | 0.00 |
| | Government Institutes | | 0.00 | NA | NA | 0.00 |
| | Grainger | | 0.00 | NA | NA | 0.00 |
| | Graphics Systems | | 0.00 | NA | NA | 0.00 |
| | Graul Marie | | 0.00 | NA | NA | 0.00 |
| | Guardian Life Insurance Co. Fl | | 0.00 | NA | NA | 0.00 |
| | Hach Ultra Analytics | | 0.00 | NA | NA | 0.00 |
| | Haller Julia A. M.D. | | 0.00 | NA | NA | 0.00 |
| | Hallowitz, Robert MD | | 0.00 | NA | NA | 0.00 |
| | Hartford Insurance | | 0.00 | NA | NA | 0.00 |
| | Heartland Lions Eye Banks | | 0.00 | NA | NA | 0.00 |
| | Heidrick & Struggles, Inc. | | 0.00 | NA | NA | 0.00 |
| | Helix | | 0.00 | NA | NA | 0.00 |
| | Henry Schein | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Hilton Lisle Naperville | | 0.00 | NA | NA | 0.00 |
| | Hogan & Hartson L.L.P. | | 0.00 | NA | NA | 0.00 |
| | Holiday Inn Select Decatur | | 0.00 | NA | NA | 0.00 |
| | Holland & Company, CPA's | | 0.00 | NA | NA | 0.00 |
| | Howard Electronic Instruments | | 0.00 | NA | NA | 0.00 |
| | Huen Electric, Inc. | | 0.00 | NA | NA | 0.00 |
| | Hugo QuirozMercado, MD | | 74,500.00 | NA | NA | 0.00 |
| | Hummingbird | | 0.00 | NA | NA | 0.00 |
| | Hybrid Design Associates | | 0.00 | NA | NA | 0.00 |
| | IC Network Inc./Laptop Repairs | | 0.00 | NA | NA | 0.00 |
| | ILX Lightware | | 0.00 | NA | NA | 0.00 |
| | INXS Inc. | | 0.00 | NA | NA | 0.00 |
| | Ice Mountain Water Co. | | 0.00 | NA | NA | 0.00 |
| | Ideal Products, Inc. | | 0.00 | NA | NA | 0.00 |
| | Illinois Association of Ophthalmology | | 0.00 | NA | NA | 0.00 |
| | Illinois Fire Extinguisher Co. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Retina Associates S C | | 0.00 | NA | NA | 0.00 |
| | Illinois Secretary of State | | 0.00 | NA | NA | 0.00 |
| | Imsel Special Delivery | | 0.00 | NA | NA | 0.00 |
| | InFocus | | 0.00 | NA | NA | 0.00 |
| | Indiana Insurance Company | | 0.00 | NA | NA | 0.00 |
| | Industrial Computers Inc. | | 0.00 | NA | NA | 0.00 |
| | Industrial Health Inc. | | 0.00 | NA | NA | 0.00 |
| | Initial Tropical Plants | | 0.00 | NA | NA | 0.00 |
| | Insight Corporation | | 0.00 | NA | NA | 0.00 |
| | InstaLAN | | 0.00 | NA | NA | 0.00 |
| | Institute of Chartered Accounts of Ontar | | 0.00 | NA | NA | 0.00 |
| | Intellectual Property Owners A | | 0.00 | NA | NA | 0.00 |
| | InterCall | | 357.75 | NA | NA | 0.00 |
| | Interactive Services of Illinois, Inc. | | 0.00 | NA | NA | 0.00 |
| | J&J Machinery Moving Co. Inc. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | JEOL USA, Inc. | | 0.00 | NA | NA | 0.00 |
| | JH Technologies | | 0.00 | NA | NA | 0.00 |
| | JHU Central Lockbox | | 75,616.00 | NA | NA | 0.00 |
| | JK Microsystems, Inc. | | 0.00 | NA | NA | 0.00 |
| | JLW Instruments, Inc. | | 0.00 | NA | NA | 0.00 |
| | JTS Machinery & Supply CO | | 0.00 | NA | NA | 0.00 |
| | Jameco Electronics | | 0.00 | NA | NA | 0.00 |
| | Jensen Tools | | 0.00 | NA | NA | 0.00 |
| | Johnson Chris A. | | 0.00 | NA | NA | 0.00 |
| | K & L Supply Co., Inc | | 0.00 | NA | NA | 0.00 |
| | Kalli Consulting, Inc. | | 0.00 | NA | NA | 0.00 |
| | Kapral Vincent | | 0.00 | NA | NA | 0.00 |
| | Kasman Elina | | 0.00 | NA | NA | 0.00 |
| | Katena Products, Inc. | | 0.00 | NA | NA | 0.00 |
| | Kehoe Delvin | | 0.00 | NA | NA | 0.00 |
| | Kehoe Melvin | | 0.00 | NA | NA | 0.00 |
| | Keithley Instruments, Inc. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kennedy Information, Inc. | | 0.00 | NA | NA | 0.00 |
| | Kensington Electronics, Inc. | | 0.00 | NA | NA | 0.00 |
| | Kinetic Systems | | 0.00 | NA | NA | 0.00 |
| | Kiser Ava | | 0.00 | NA | NA | 0.00 |
| | Kluwer Law International | | 0.00 | NA | NA | 0.00 |
| | Krainer Franz | | 0.00 | NA | NA | 0.00 |
| | L.E.K. Consulting | | 0.00 | NA | NA | 0.00 |
| | LEDtronics, Inc. | | 0.00 | NA | NA | 0.00 |
| | LEMO USA, Inc | | 0.00 | NA | NA | 0.00 |
| | LHW Electronics | | 0.00 | NA | NA | 0.00 |
| | LKC Technologies, Inc. | | 0.00 | NA | NA | 0.00 |
| | Lab Safety Supply Inc. | | 0.00 | NA | NA | 0.00 |
| | Lachman Consulting LLC | | 0.00 | NA | NA | 0.00 |
| | Laganowski & Associated, Inc | | 0.00 | NA | NA | 0.00 |
| | Lansing Radiology Associates | | 0.00 | NA | NA | 0.00 |
| | Larchmont Imaging Associates | | 0.00 | NA | NA | 0.00 |
| | Law Seminars International | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lawrence Berkeley National Laboratory | | 0.00 | NA | NA | 0.00 |
| | Lee Raymond | | 0.00 | NA | NA | 0.00 |
| | Lenderking Caging Products | | 0.00 | NA | NA | 0.00 |
| | Levin & Company, Inc. | | 0.00 | NA | NA | 0.00 |
| | Lew's Peninsula Lock & Key | | 0.00 | NA | NA | 0.00 |
| | Lewis Cleaning Services | | 0.00 | NA | NA | 0.00 |
| | Limos without Limits, Ltd. | | 0.00 | NA | NA | 0.00 |
| | LincolnWay Glass & Mirror L.L.C. | | 0.00 | NA | NA | 0.00 |
| | Linscan Systems, Inc. | | 825.00 | NA | NA | 0.00 |
| | Lippincott Williams & Wilkins | | 0.00 | NA | NA | 0.00 |
| | Lombart Instrument | | 0.00 | NA | NA | 0.00 |
| | Long Michael D. | | 0.00 | NA | NA | 0.00 |
| | Lozano, Andres, MD, PHD FRCSC | | 0.00 | NA | NA | 0.00 |
| | Lucas Signatone Corp. | | 0.00 | NA | NA | 0.00 |
| | Lumicon, Inc. | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lutz Gilbert | | 0.00 | NA | NA | 0.00 |
| | Lydon Public Relations, LLC | | 0.00 | NA | NA | 0.00 |
| | M2 Associates, Inc. | | 0.00 | NA | NA | 0.00 |
| | MAP Realty | | 0.00 | NA | NA | 0.00 |
| | MCMasterCarr | | 0.00 | NA | NA | 0.00 |
| | MHZ Electronics, Inc. | | 0.00 | NA | NA | 0.00 |
| | MIKKOR Enterprises, Inc. | | 0.00 | NA | NA | 0.00 |
| | MSI | | 0.00 | NA | NA | 0.00 |
| | Madell Corp. | | 0.00 | NA | NA | 0.00 |
| | Manual Industrial Property B.V | | 0.00 | NA | NA | 0.00 |
| | Marsha Jurasin & Associates | | 0.00 | NA | NA | 0.00 |
| | Maryland Board of Physicians | | 0.00 | NA | NA | 0.00 |
| | Maxim Integrated Products, Inc | | 0.00 | NA | NA | 0.00 |
| | Mayer Brown Rowe & Maw LLP | | 0.00 | NA | NA | 0.00 |
| | McComb David | | 0.00 | NA | NA | 0.00 |
| | McLean Cory | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | McNeal Enterprises Inc. | | 0.00 | NA | NA | 0.00 |
| | Media Cybernetics, Inc. | | 0.00 | NA | NA | 0.00 |
| | Medical Board of California | | 0.00 | NA | NA | 0.00 |
| | Medical Staff Dues Account | | 0.00 | NA | NA | 0.00 |
| | Medtech Insight | | 2,190.00 | NA | NA | 0.00 |
| | Medtronic, Inc. | | 0.00 | NA | NA | 0.00 |
| | Meiji Techno America | | 0.00 | NA | NA | 0.00 |
| | Memorial Hospital | | 0.00 | NA | NA | 0.00 |
| | Merabet Lotfi B | | 0.00 | NA | NA | 0.00 |
| | MeshTel (Intelite, Inc.) | | 2,429.50 | NA | NA | 0.00 |
| | Microscope World | | 0.00 | NA | NA | 0.00 |
| | Microsoft Business Solutions | | 0.00 | NA | NA | 0.00 |
| | Microtronics, Inc. | | 0.00 | NA | NA | 0.00 |
| | Miller Dipietro Associates | | 0.00 | NA | NA | 0.00 |
| | Millipore Corporation | | 0.00 | NA | NA | 0.00 |
| | Mindfold, Inc. | | 0.00 | NA | NA | 0.00 |
| | Mindrum Precision, Inc. | | 0.00 | NA | NA | 0.00 |